# EXHIBIT A

RECEIVED
2005 OCT -6 P 2: 44
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE MAE KING, as Conservator over the Estates of ERNEST L. COTTRELL and ROSIE J. COTTRELL, ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | |
| THE PROVIDENT BANK, FAMILY FINANCIAL AND MORTGAGE SERVICE, LITTON LOAN SERVICING LP, C-BASS LLC, GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., PROVIDENT CONSUMER FINANCIAL SERVICES, and SCOTT THOMPSON, ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. _____ |
| Defendants. ) | |

## JOINDER IN REMOVAL

**Family Financial and Mortgage Service**, co-defendant in this Action, through its Counsel, Richard D. Lively, hereby joins in the Notice of Removal heretofore filed from the Circuit Court of Montgomery County, Alabama, by the defendant National City Bank.

Dated: October 6, 2005

_____
RICHARD D. LIVELY (LIV012)
Attorney for Family Financial

**OF COUNSEL:**
LAW OFFICE OF RICHARD D. LIVELY
364 East Main Street
Prattville, AL 36067
Telephone: (334) 491-4911
Facsimile: (334) 491-4922
E-Mail: RichardDLively@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 OCT -6  P 2: 44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JOHNNIE MAE KING,      *
as Conservator over the Estates of      *
EARNEST B. COTTRELL and
ROSIE J. COTTRELL,
     *
   Plaintiffs,      *
     *
v.      *    Civil Action No.: _____

THE PROVIDENT BANK; et al.,

   Defendants.

### NOTICE OF CONSENT TO REMOVAL

COME NOW, Litton Loan Servicing, L.P. and C-Bass, LLC, two of the Defendants in the above styled cause, by and through the undersigned counsel, and hereby consent to removal of this matter from the Circuit Court of Montgomery County, Alabama to the United States District Court, Middle District of Alabama.

Respectfully submitted this 6th day of October, 2005.

_____
JOHN T. BENDER (BENDJ9064)

OF COUNSEL:

McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama 36609
(251)342-9172

RECEIVED

2005 OCT -6  P 2: 45

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHNNIE MAE KING, as Conservator )
over the Estates of EARNEST L. )
COTTRELL and ROSIE J. )
COTTRELL, )
)
Plaintiffs, )
)
v. )
)
THE PROVIDENT BANK, FAMILY )   Civil Action No. _____
FINANCIAL AND MORTGAGE )
SERVICE, LITTON LOAN )
SERVICING LP, C-BASS LLC, )
GREENWICH CAPITAL )
FINANCIAL PRODUCTS, INC., )
PROVIDENT CONSUMER )
FINANCIAL SERVICES, and SCOTT )
THOMPSON, )
)
Defendants. )

### JOINDER IN REMOVAL

Greenwich Capital Financial Products, Inc., co-defendant in this Action, through its Counsel, Cara K. Martens, hereby joins in the Notice of Removal heretofore filed from the Circuit Court of Montgomery County, Alabama, by the defendant National City Bank.

Dated: October 6, 2005.

Cara K. Martens, Esq.
Greenwich Capital
Financial Products, Inc
600 Steamboat Road
Greenwich, Connecticut 06830
Phone: 203.618.6260

**RECEIVED**

**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION**

2005 OCT -6  P 2: 45

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST ALA

| | |
|---|---|
| JOHNNYE MAE KELLY, Conservator over the Estates of EARNEST L. COTTRELL and ROSIE J. COTTRELL, ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | |
| THE PROVIDENT BANK, FAMILY FINANCIAL AND MORTGAGE SERVICE, LITTON LOAN SERVICING LP, C-BASS LLC, GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., PROVIDENT CONSUMER FINANCIAL SERVICES, and SCOTT THOMPSON, ) ) ) ) ) ) ) ) ) ) | Civil Action No. _____ |
| Defendants. ) | |

## JOINDER IN REMOVAL

**Scott Thompson**, co-defendant in this Action, through its Counsel, Richard D. Lively, hereby joins in the Notice of Removal heretofore filed from the Circuit Court of Montgomery County, Alabama, by the defendant National City Bank.

Dated: October 6, 2005

/s/ Richard D. Lively
RICHARD D. LIVELY (LIV012)
Attorney for Scott Thompson

**OF COUNSEL:**
LAW OFFICE OF RICHARD D. LIVELY
364 East Main Street
Prattville, AL 36067
Telephone: (334) 491-4911
Facsimile: (334) 491-4922
E-Mail: RichardDLively@aol.com