# EXHIBIT C

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| JOHNNIE MAE KING, as Conservator over the Estates of EARNEST L. COTTRELL and ROSIE J. COTTRELL,<br><br>Plaintiffs,<br><br>v.<br><br>THE PROVIDENT BANK, FAMILY FINANCIAL AND MORTGAGE SERVICE, LITTON LOAN SERVICING LP, C-BASS LLC, GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., PROVIDENT CONSUMER FINANCIAL SERVICES, and SCOTT THOMPSON,<br><br>Defendants. | Civil Action No. CV-05-2222 |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendant National City Bank ("National City"), the successor by merger to The Provident Bank, hereby gives notice to the Circuit Court of Montgomery County, Alabama, and to Jere Beasley, W. Daniel Miles, III, and C. Lance Gould, as Attorneys for the Plaintiff Johnny Mae King, the only party yet adverse to National City Bank, that National City Bank filed a Notice of Removal with the United States District Court for the Middle District of Alabama, Northern Division, and that this case has been removed to that Court. A copy of the Notice of Removal is attached as Exhibit 1.

Dated: October 6, 2005

_____
Robert K. Spotswood (SPO 001)

1

**SPOTSWOOD LLC**
ROBERT K. SPOTSWOOD (SPO 001)
KENNETH D. SANSOM (SAN 047)
JOHN R. PARKER, JR. (PAR 123)

940 Concord Center
2100 3rd Avenue North
Birmingham, AL 35203
Phone: 205-986-3620
Fax: 205-986-3639
E-Mail: rks@spotswoodllc.com

Attorneys for National City Bank

2

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| JOHNNIE MAE KING, as Conservator over the Estates of EARNEST L. COTTRELL and ROSIE J. COTTRELL,<br><br>  Plaintiffs,<br><br>v.<br><br>THE PROVIDENT BANK, FAMILY FINANCIAL AND MORTGAGE SERVICE, LITTON LOAN SERVICING LP, C-BASS LLC, GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., PROVIDENT CONSUMER FINANCIAL SERVICES, and SCOTT THOMPSON,<br><br>  Defendants. | Civil Action No. CV-05-2222 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2005, I sent via U.S. Mail a copy of the foregoing Notice of Filing of Notice of Removal to the following:

Jere L. Beasley, Esq.
W. Daniel Miles, III, Esq.
C. Lance Gould, Esq.
BEASLEY, ALLEN, CROW,
 METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL  36103

Richard D. Lively, Esq.
364 E. Main Street
Prattville, Alabama  36067

John T. Bender, Esq.
McFadden, Lyon & Rouse, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama  36609

3

Cara K. Martens, Esq.
Greenwich Capital Financial Products, Inc.
600 Steamboat Road
Greenwich, Connecticut 06830

DATED: October 6, 2005

_____
Robert K. Spotswood (SPO 001)

SPOTSWOOD LLC.
940 Concord Center
2100 Third Avenue North
Birmingham, AL  35203
Tel.: (205) 986-3620
Fax: (205) 986-3639
E-Mail: rks@spotswoodllc.com

Attorney for National City Bank

4