IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 OCT -7  P 1: 15

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JOHNNIE MAE KING, | * |
| as Conservator over the Estates of | * |
| EARNEST L. COTTRELL and | * |
| ROSIE J. COTTRELL, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *  Civil Action No.: 2:05-cv-0961-W |
| | * |
| THE PROVIDENT BANK; et al., | * |
| | * |
| Defendants. | * |

### NOTICE OF CONSENT TO REMOVAL

COME NOW, Litton Loan Servicing, L.P. and C-Bass, LLC, two of the Defendants in the above styled cause, by and through the undersigned counsel, and hereby consent to removal of this matter from the Circuit Court of Montgomery County, Alabama to the United States District Court, Middle District of Alabama.

Respectfully submitted this 6th day of October, 2005.

_____
JOHN T. BENDER (BENDJ9064)

OF COUNSEL:

McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama 36609
(251)342-9172

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 6th day of OCTOBER, 2005, served a true and correct copy of the foregoing to counsel of record by placing a copy of same in the United States mail properly addressed, and first class postage prepaid.

**COUNSEL OF RECORD:**

Robert K. Spotswood, Esq.
Kenneth D. Sansom, Esq.
John D. Parker, Esq.
SPOTSWOOD, LLC
940 Concord Center
2100 3rd Avenue, North
Birmingham, Alabama 35203

Jere L. Beasley, Esq
W. Daniel Miles, III, Esq.
C. Lance Gould, Esq.
BEASLEY, ALLEN, CROW,
    METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103

_____
John T. Bender