UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE MAE KING, as Conservator over the Estates of EARNEST L. COTTRELL and ROSIE J. COTTRELL,<br><br>Plaintiffs,<br><br>v.<br><br>THE PROVIDENT BANK, FAMILY FINANCIAL AND MORTGAGE SERVICE, LITTON LOAN SERVICING LP, C-BASS LLC, GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., PROVIDENT CONSUMER FINANCIAL SERVICES, and SCOTT THOMPSON,<br><br>Defendants. | Civil Action No. 2:05-CV-0961-W |

## JOINDER IN REMOVAL

Greenwich Capital Financial Products, Inc., co-defendant in this Action, through its Counsel, Cara K. Martens, hereby joins in the Notice of Removal heretofore filed from the Circuit Court of Montgomery County, Alabama, by the defendant National City Bank.

Dated: October 6, 2005.

Cara K. Martens, Esq.
Greenwich Capital
Financial Products, Inc
600 Steamboat Road
Greenwich, Connecticut 06830
Phone: 203.618.6260