UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE MAE KING, as Conservator over the Estates of EARNEST L. COTTRELL and ROSIE J. COTTRELL, <br><br> Plaintiffs, <br><br> v. <br><br> THE PROVIDENT BANK, FAMILY FINANCIAL AND MORTGAGE SERVICE, LITTON LOAN SERVICING LP, C-BASS LLC, GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., PROVIDENT CONSUMER FINANCIAL SERVICES, and SCOTT THOMPSON, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:05CV961-W <br> ~~CV05-2222~~ |

## JOINDER IN REMOVAL

**Scott Thompson**, co-defendant in this Action, through its Counsel, Richard D. Lively, hereby joins in the Notice of Removal heretofore filed from the Circuit Court of Montgomery County, Alabama, by the defendant National City Bank.

Dated: October 6, 2005

RICHARD D. LIVELY (LIV012)
Attorney for Scott Thompson

**OF COUNSEL:**
**LAW OFFICE OF RICHARD D. LIVELY**
364 East Main Street
Prattville, AL 36067
Telephone: (334) 491-4911
Facsimile: (334) 491-4922
E-Mail: RichardDLively@aol.com



SCANNED
10/11/05