

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| JOHNNIE MAE KING, as Conservator Over the Estates of EARNEST L. COTTRELL and ROSIE J. COTTRELL, <br><br> Plaintiffs, <br><br> v. <br><br> THE PROVIDENT BANK, FAMILY FINANCIAL AND MORTGAGE SERVICE, LITTON LOAN SERVICING LP, C-BASS LLC, GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., PROVIDENT CONSUMER FINANCIAL SERVICES, and SCOTT THOMPSON, <br><br> Defendants. | CIVIL ACTION NO. 2:05-CV-00961-SRW |

## NOTICE OF APPEARANCE

COME NOW Michael S. French[1] and Windy A. Hillman of the law firm of Wargo & French LLP and hereby enter their appearance as counsel for Defendant Greenwich Capital Financial Products, Inc. in the above-referenced civil action.

---

[1] The *pro hac vice* application for Mr. French is currently pending before the Court.

Please make entry upon the docket and records of the Court so as to provide the undersigned with all notices as required by law.

Respectfully submitted this 14th day of October, 2005.

                WARGO & FRENCH LLP

                MICHAEL S. FRENCH
                (Pro hac vice applicant)
                Georgia Bar No. 276680
                WINDY A. HILLMAN (HIL038)
                Georgia Bar No. 355045

                1170 Peachtree Street, N.E.
                Suite 2020
                Atlanta, Georgia 30309
                (404) 853-1500
                (404) 853-1501 (facsimile)

                Counsel for Defendant
                Greenwich Capital Financial
                Products, Inc.

## CERTIFICATE OF SERVICE

This certifies that I have this day served a true and correct copy of the foregoing **NOTICE OF APPEARANCE** upon the parties and counsel of record by U.S. Mail, postage pre-paid, addressed as follows:

Jere L. Beasley, Esq.
W. Daniel Miles, III, Esq.
C. Lance Gould, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

Richard D. Lively, Esq.
364 E. Main Street
Prattville, AL 36067

John T. Bender, Esq.
McFadden, Lyon & Rouse, L.L.C.
718 Downtowner Boulevard
Mobile, AL 36609

Robert K. Spotswood
Spotswood LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 352033

This 14th day of October, 2005.

_____
WINDY A. HILLMAN (HIL038)

567803_1.DOC