UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE MAE KING, as Conservator over the Estates of EARNEST L. COTTRELL and ROSIE J. COTTRELL,<br><br>Plaintiffs,<br><br>v.<br><br>THE PROVIDENT BANK; FAMILY FINANCIAL AND MORTGAGE SERVICE; LITTON LOAN SERVICING LP; C-BASS LLC; GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.; PROVIDENT CONSUMER FINANCIAL SERVICES and SCOTT THOMPSON,<br><br>Defendants. | Civil Action No.:<br>2:05-CV-00961-SRW |

## MOTION FOR ADMISSION *PRO HAC VICE*

Please take notice that Michael S. French, partner of the firm of Wargo & French LLP, 1170 Peachtree Street, N.E, Suite 2020, Atlanta, Georgia 30309, counsel for Defendant Greenwich Capital Financial Products, Inc., hereby moves pursuant to Local Rule 83.1(b) that this court admit him to practice before this court *pro hac vice*.

### Affidavit in Support of Admission Pro Hac Vice

I, Michael S. French, being duly sworn according to law, upon my oath, depose and say that:

1. I am an attorney-at-law and an associate at the law firm of Wargo & French LLP, 1170 Peachtree Street, N.E., Suite 2020, Atlanta, Georgia 30309.

2. I submit this Motion and Affidavit in Support of Admission *Pro Hac Vice* on behalf of Defendant Greenwich Capital Financial Productions, Inc. in the above captioned matter.

3. I am admitted to practice before the highest courts in the State of Georgia and the United States District Court for the Middle and Northern Districts of Georgia.

4. I am not currently under suspension, disbarred in any Court or subject to other disciplinary action with respect to my practice.

5. I enclose herewith payment of the required $20.00 filing fee.

6. Attached hereto is an Original Certificate of Good Standing from the United States District Court Northern District of Georgia issued within the last thirty days.

7. I will be assisted in this matter by Windy A. Hillman, a member of the bar of this Court.

WHEREFORE, for the foregoing reasons, Counsel respectfully requests that this court admit him *pro hac vice*.

Respectfully submitted,

_____
Michael S. French
WARGO & FRENCH LLP
1170 Peachtree Street, N. E.
Suite 2020
Atlanta, Georgia 30309
(404) 853-1500
(404) 853-1501 (facsimile)

Attorney for Greenwich Capital Financial Products, Inc.

## **CERTIFICATE OF SERVICE**

This certifies that I have this day served a true and correct copy of the within and foregoing MOTION FOR ADMISSION *PRO HAC VICE,* upon counsel of record by U.S. Mail, postage pre-paid, addressed as follows:

Jere L. Beasley, Esq.
W. Daniel Miles, III, Esq.
C. Lance Gould, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

Richard D. Lively, Esq.
364 E. Main Street
Prattville, AL 36067

John T. Bender, Esq.
McFadden, Lyon & Rouse, L.L.C.
718 Downtowner Boulevard
Mobile, AL 36609

Robert K. Spotswood
Spotswood LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 352033

This 13th day of October, 2005.

_____
Michael S. French

567805_1.DOC