

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **Michael Scott French, State Bar No. 276680,** was duly admitted to practice in said Court on November 5, 1990, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 13th day of October, 2005.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk

