UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| JOHNNIE MAE KING, as Conservator over the Estates of EARNEST L. COTTRELL and ROSIE J. COTTRELL,<br><br>Plaintiffs,<br><br>v.<br><br>THE PROVIDENT BANK; FAMILY FINANCIAL AND MORTGAGE SERVICE; LITTON LOAN SERVICING LP; C-BASS LLC; GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.; PROVIDENT CONSUMER FINANCIAL SERVICES and SCOTT THOMPSON,<br><br>Defendants. | Civil Action No.:<br>2:05-CV-00961-SRW |

## GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.'S MOTION TO DISMISS

NOW COMES Defendant Greenwich Capital Financial Products, Inc. ("Greenwich") and hereby moves to dismiss Plaintiff's Complaint against it pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted and for failure to plead fraud with particularity as required by Fed. R. Civ. P. 9(b). In support of this Motion, Greenwich files herewith its Memorandum in Support of Greenwich Capital Financial Products, Inc.'s Motion to Dismiss.

Respectfully submitted this 14th day of October, 2005.

                              WARGO & FRENCH LLP

                              */s/ Windy A. Hillman*
                              MICHAEL S. FRENCH
                              (Pro hac vice applicant)
                              Georgia Bar No. 276680
                              WINDY A. HILLMAN (HIL038)
                              Georgia Bar No. 355045

                              1170 Peachtree Street, N.E.
                              Suite 2020
                              Atlanta, Georgia 30309
                              (404) 853-1500
                              (404) 853-1501 (facsimile)

                              Counsel for Defendant
                              Greenwich Capital Financial Products, Inc.

## **CERTIFICATE OF SERVICE**

This certifies that I have this day served a true and correct copy of the foregoing **GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.'S MOTION TO DISMISS** upon the parties and counsel of record by U.S. Mail, postage pre-paid, addressed as follows:

Jere L. Beasley, Esq.
W. Daniel Miles, III, Esq.
C. Lance Gould, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

Richard D. Lively, Esq.
364 E. Main Street
Prattville, AL 36067

John T. Bender, Esq.
McFadden, Lyon & Rouse, L.L.C.
718 Downtowner Boulevard
Mobile, AL 36609

Robert K. Spotswood
Spotswood LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 352033

This 14th day of October, 2005.

_____
WINDY A. HILLMAN (HIL038)

567806_1.DOC