IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE MAE KING, as Conservator over the Estates of Earnest L. Cottrell and Rosie J. Cottrell, </br></br>  Plaintiff, </br> v. </br></br> THE PROVIDENT BANK, *et al.*, </br></br>  Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) CASE NO. 2:05-cv-961-F </br> ) </br> ) </br> ) </br> ) |

## **O R D E R**

Upon consideration of the Motion for Michael S. French to Appear Pro Hac Vice (Doc. #10) filed on October 14, 2005, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 27th day of October, 2005.

                                                  /s/  Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE