IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE MAE KING, as Conservator over the Estates of Earnest L. Cottrell and Rosie J. Cottrell,<br><br>　　　Plaintiff,<br>v.<br><br>THE PROVIDENT BANK, *et al.,*<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 2:05-cv-961-F<br>)<br>)<br>)<br>) |

# **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #11) filed on October 14, 2005, it is hereby ORDERED that:

1. The plaintiff file her response which shall include a brief and any evidentiary materials on or before November 23, 2005.

2. The defendant may file a reply brief on or before November 30, 2005.

DONE this 9th day of November, 2005.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE