IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE MAE KING, as Conservator over the Estates of Earnest L. Cottrell and Rosie J. Cottrell, | ) ) ) ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-961-F |
| THE PROVIDENT BANK, *et al.,* | ) ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #15) filed on November 7, 2005, it is hereby

ORDERED that the defendants show cause in writing on or before November 23, 2005 as to why the motion should not be granted.

DONE this 9th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE