
EXHIBIT A

# FORECLOSURE NOTICE

Default having been made in the payment of the indebtedness described in and secured by that certain mortgage executed by EARNEST L. COTTRELL, A SINGLE INDIVIDUAL to THE PROVIDENT BANK dated the 21st day of July, 2000, and recorded in Volume 14-Y, Page 494 of the records in the Office of the Judge of Probate, Lowndes County, Alabama; which said mortgage was subsequently assigned to GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.; notice is hereby given that the undersigned as holder of said mortgage will under power of sale contained in said mortgage, sell at public outcry for cash to the highest bidder, during legal hours of sale on the 21st day of June, 2004, at the front door entrance of the Courthouse of Lowndes County, Alabama, One Washington Street; Hayneville, Alabama 36040, the following described real property in the County of Lowndes, State of Alabama, being the same property described in the above referred to mortgage:

Begin at the Southwest corner, Northwest quarter, Southeast quarter, section 12, Township 15 North, Range 14 East, Lowndes County, Alabama, thence South 87 degrees 18 minutes East 487 feet, thence South 14 degrees 12 minutes East 1586.7 feet, thence South 72 degrees 32 minutes East 672.5 feet, thence North 34 degrees 08 minutes East 266.7 feet along the East right of way of Lowndes County road No. 29, thence along the South margin of a paved street South 78 degrees 19 minutes 327.2 feet to the point of beginning; thence South 78 degrees 19 minutes 93 feet, thence along the West margin of an unimproved road South 30 degrees 33 minutes West 190 feet, thence North 70 degrees 57 minutes West 93 feet, thence North 31 degrees 27 minutes East 179 feet to the point of beginning; containing 0.38 acre more or less, lying in the Northeast quarter, Northeast quarter, Section 13, Township 15 North, Range 14 East, Lowndes County, Alabama.

MORE CORRECTLY DESCRIBED AS:

Begin at the Southwest corner, Northwest quarter, Southeast quarter, section 12, Township 15 North, Range 14 East, Lowndes County, Alabama, thence South 87 degrees 18 minutes East 487 feet, thence South 14 degrees 12 minutes East 1586.7 feet, thence South 72 degrees 32 minutes East 672.5 feet, thence North 34 degrees 08 minutes East 266.7 feet along the East right of way of Lowndes County road No. 29,

GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.
Holder of said Mortgage.

Beth McFadden Rouse
McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama 36609

Publish in The Lowndes Signal, on May 20th, 27th, & June 3rd, 2004.