UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | | |
|---|---|---|
| JOHNNIE MAE KING, as Conservator Over the Estates of EARNEST L. COTTRELL and ROSIE J. COTTRELL, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:05-CV-00961-SRW |
| THE PROVIDENT BANK, FAMILY FINANCIAL AND MORTGAGE SERVICE, LITTON LOAN SERVICING LP, C-BASS LLC, GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., PROVIDENT CONSUMER FINANCIAL SERVICES, and SCOTT THOMPSON, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**OPPOSITION TO PLAINTIFF'S MOTION TO REMAND BY DEFENDANT GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.**

COMES NOW Defendant Greenwich Capital Financial Products, Inc. ("Greenwich") and hereby opposes Plaintiff Johnnie Mae King's ("Plaintiff") Motion to Remand.

The claims raised in Plaintiff's Motion to Remand purportedly apply to both Greenwich and its co-Defendant, National City Bank (the successor to the Provident Bank) and its division, Provident Consumer Financial Services.

Therefore, in the interests of judicial economy, Greenwich hereby joins the Opposition to Plaintiff's Motion to Remand by Defendant National City Bank, the Successor to the Provident Bank, and its Division, Provident Consumer Financial Services, filed with the Court on November 23, 2005. Furthermore, Greenwich hereby adopts and incorporates by reference the background statement, all arguments, and request for relief as set forth therein.

Respectfully submitted this 23rd day of November, 2005.

        WARGO & FRENCH LLP

        s/ Windy A. Hillman
        MICHAEL S. FRENCH
        (Pro hac vice applicant)
        Georgia Bar No. 276680
        WINDY A. HILLMAN (HIL 038)
        Georgia Bar No. 355045

        1170 Peachtree Street, N.E.
        Suite 2020
        Atlanta, Georgia 30309
        (404) 853-1500
        (404) 853-1501 (facsimile)

        Counsel for Defendant
        Greenwich Capital Financial Products, Inc.

## CERTIFICATE OF SERVICE

This certifies that I have this day served a true and correct copy of the foregoing Opposition to Plaintiff's Motion to Remand by Defendant Greenwich Capital Financial Products, Inc. upon the parties and counsel of record by U.S. Mail, postage pre-paid, addressed as follows:

Jere L. Beasley, Esq.
W. Daniel Miles, III, Esq.
C. Lance Gould, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

Richard D. Lively, Esq.
364 E. Main Street
Prattville, AL 36067

John T. Bender, Esq.
McFadden, Lyon & Rouse, L.L.C.
718 Downtowner Boulevard
Mobile, AL 36609

Robert K. Spotswood
Spotswood LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 352033

This 23rd day of November, 2005.

s/ Windy A. Hillman
WINDY A. HILLMAN (HIL038)

568915_1