UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNIE MAE KING, as Conservator over the Estates of EARNEST L. COTTRELL and ROSIE J. COTTRELL, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| THE PROVIDENT BANK, FAMILY FINANCIAL AND MORTGAGE SERVICE, LITTON LOAN SERVICING LP, C-BASS LLC, GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., PROVIDENT CONSUMER FINANCIAL SERVICES, and SCOTT THOMPSON, | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:05-CV-961-MEF-SRW |
| Defendants. | ) ) ) | |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NATIONAL CITY BANK, THE SUCCESSOR TO THE PROVIDENT BANK AND ITS DIVISION, PROVIDENT CONSUMER FINANCIAL SERVICES**

Defendant National City Bank ("National City"), the successor by merger to The Provident Bank and its division, Provident Consumer Financial Services, hereby makes the following disclosure:

National City Bank is a wholly-owned subsidiary of National City Corporation (NYSE: NCC), a publicly owned and traded company.

Dated: November 23, 2005

/s John R. Parker, Jr.
John R. Parker, Jr. (PAR 123)

SPOTSWOOD LLC.
940 Concord Center
2100 Third Avenue North
Birmingham, AL  35203
Tel.: (205) 986-3620
Fax: (205) 986-3639
E-Mail: rks@spotswoodllc.com

Attorney for National City Bank

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNIE MAE KING, as Conservator over the Estates of EARNEST L. COTTRELL and ROSIE J. COTTRELL, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE PROVIDENT BANK, FAMILY FINANCIAL AND MORTGAGE SERVICE, LITTON LOAN SERVICING LP, C-BASS LLC, GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., PROVIDENT CONSUMER FINANCIAL SERVICES, and SCOTT THOMPSON, | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:05-CV-961-MEF-SRW |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2005, I electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NATIONAL CITY BANK, THE SUCCESSOR TO THE PROVIDENT BANK AND ITS DIVISION, PROVIDENT CONSUMER FINANCIAL SERVICES, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Jere L. Beasley, Esq.
    W. Daniel Miles, III, Esq.
    C. Lance Gould, Esq.
    BEASLEY, ALLEN, CROW,
        METHVIN, PORTIS & MILES, P.C.
    P.O. Box 4160
    Montgomery, AL 36103

Richard D. Lively, Esq.
364 E. Main Street
Prattville, Alabama 36067

John T. Bender, Esq.
McFadden, Lyon & Rouse, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama 36609,

Michael Scott French, Esq.
Windy Angela Hillman, Esq.
Wargo & French LLP
1170 Peachtree St. NE
Suite 2020
Atlanta, Georgia 30309.

DATED: November 23, 2005

/s John R. Parker, Jr.
John R. Parker, Jr. (PAR 123)

SPOTSWOOD LLC.
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35203
Tel.: (205) 986-3620
Fax: (205) 986-3639
E-Mail: rks@spotswoodllc.com

Attorney for National City Bank