<u>**EXHIBIT 1**</u>

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNIE MAE KING, as Conservator<br>over the Estates of EARNEST L.<br>COTTRELL and ROSIE J. COTTRELL,<br><br>Plaintiff,<br><br>v.<br><br>THE PROVIDENT BANK, FAMILY<br>FINANCIAL AND MORTGAGE<br>SERVICE, LITTON LOAN<br>SERVICING LP, C-BASS LLC,<br>GREENWICH CAPITAL FINANCIAL<br>PRODUCTS, INC., PROVIDENT<br>CONSUMER FINANCIAL SERVICES,<br>and SCOTT THOMPSON,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:05-CV-961-MEF-SRW |

## DECLARATION OF JAMES E. PECHINEY

COUNTY OF HAMILTON   )

STATE OF OHIO              )

    I, JAMES E. PECHINEY declare as follows:

    1.      I am over the age of nineteen years and am competent to make the statements set

forth herein.  I am currently a Vice President of National City Bank, the successor by merger to

The Provident Bank and its division, Provident Consumer Financial Services.  Prior to the

merger between National City Bank and The Provident Bank, I was a Vice President with The

Provident Bank in its Provident Consumer Financial Services Division.  I have access to and am

1

familiar with Provident's records for the time period relevant to the matters alleged in the Complaint in the above-styled action ("relevant period").

2.     A true and correct copy of the arbitration agreement entered by Earnest Cottrell in connection with his loan from The Provident Bank is attached hereto as Exhibit A.

3.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.


DATED: November 22, 2005


**James E. Pechiney**

<u>**EXHIBIT A**</u>

AGREEMENT FOR THE ARBITRATION OF DISPUTES

Maintaining good relationships with our loan applicants and borrowers is very important to us. The Provident Bank ("we," "our" or "us"), an Ohio bank, requests the person(s) named below ("you" or "your") to contact us immediately if you have a problem with a loan application or loan transaction with us. Often a telephone call to us will resolve the matter amicably and as quickly as possible. However, if you and we are not able to resolve our differences informally, you and we agree that any dispute, regardless of when it arose, shall be settled, at your option or ours, by arbitration in accordance with this Agreement. Judgment on the arbitrator's award may be entered in any court having jurisdiction. Except as otherwise expressly provided by applicable law, there is no right of judicial review of any award by the arbitrator.

This Agreement is made in consideration of our processing of your inquiry or application for a loan secured by the property identified below ("loan") and is also made in further consideration of our funding of the loan at the interest rate(s) and terms referenced in the loan documents. This Agreement is effective and binding on both you and your heirs, successors and assigns and us when it is signed by both parties. This Agreement shall also apply to any dispute with us or our corporate parents, affiliates, subsidiaries, agents, employees, officers, directors, successors and assigns. If you have any questions, you should consult your own lawyer before you sign this Agreement.

Dispute: For purposes of this Agreement, a "dispute" is any claim, controversy, disagreement or lawsuit of any nature whatsoever arising out of or in any way related to the loan; the arranging of the loan; any application, inquiry or attempt to obtain the loan; the closing and funding of the loan; the terms of the loan; any loan documents; the servicing, collecting and enforcing of the loan; or any other aspect of the loan transaction. It includes, but is not limited to, federal or state contract, tort, statutory, regulatory, common law and equitable claims.

Examples of disputes that are governed by this Agreement include, but are not limited to, those involving:

The Equal Credit Opportunity Act and Regulation B;
The Real Estate Settlement Procedures Act and Regulation X:
The Truth in Lending Act and Regulation Z;
State insurance, usury, and lending laws; fraud or misrepresentation, including claims for failing to disclose material facts;
Any other federal or state consumer protection statute or regulation;
Any party's execution of this Agreement and/or willingness to be bound by its terms and provisions; or
Any dispute about application for, closing, funding, servicing, collecting, or enforcing the loan.

A "dispute" does not include those items described in the paragraph labeled "Exceptions To Arbitration", below.

Agreement to Arbitrate: Arbitration is a means of having an independent third party resolve a dispute. Either you or we can request that a dispute be submitted to arbitration. Either you or we can do this before a lawsuit (which is usually initiated by the filing of a "complaint") has been served or within sixty (60) days after a complaint, an answer, a counterclaim or an amendment to a complaint has been served. Either J*A*M*S/Endispute, Inc. ("JAMS") or the National Arbitration Forum ("NAF") shall serve as the arbitration administrator ("Administrator"). In order to submit a dispute to arbitration, you must submit a written request for arbitration to either JAMS or NAF according to the applicable rules of the Administrator. You may find out how to submit a dispute to arbitration and obtain a copy of the arbitration rules by calling JAMS at (800) 448-1660 or NAF at (800) 474-2371. Disputes shall be resolved by binding arbitration in accordance with (i) the Federal Arbitration Act, (ii) this Agreement, and (iii) either the

Streamlined Arbitration Rules and Procedures of JAMS, or the Code of Procedure of NAF, depending on which party serves as the Administrator. Any party to this Agreement may bring an action, including a summary or expedited proceeding, to compel arbitration of any dispute, and/or to stay or enjoin the litigation of any dispute pending arbitration in any court having jurisdiction. Any arbitration under this Agreement shall be conducted within the federal judicial district in which you live or at another reasonable location acceptable to you.

If either party, you or we, fails to submit to arbitration following a proper demand to do so, that party shall bear all costs and expenses, including reasonable attorney's fees, incurred by the other party compelling arbitration. In all other situations, each party, you and we, shall each bear its own costs and expenses, including attorney's fees, that that party incurs with respect to the arbitration.

Only disputes involving you and us may be addressed in the arbitration. The arbitration may not address any dispute on a "class action" basis. This means that the arbitration may not address disputes involving other persons which may be similar to the disputes between you and us and you may not join with other borrowers to bring claims in the same arbitration proceeding, unless all of the borrowers are parties to the same loan.

The arbitrator shall resolve all disputes according to federal law and, where federal law is not applicable, the laws of the state where the property identified below is located (the "State"). The arbitrator shall have the authority to award any remedy or relief that a court in the State could order or grant. The arbitrator, however, is not authorized to change or alter the terms of this Agreement or to award injunctive, declaratory or other equitable relief which would extend to any dispute other than your own.

Exceptions To Arbitration: The following are not "disputes" subject to this Agreement and are not subject to arbitration under this agreement: (1) any judicial or non-judicial foreclosure proceeding against the property that serves as collateral for the loan, whether by the exercise of any power of sale under any deed of trust, mortgage or other security agreement or instrument under applicable law, (2) any action by us to take possession of the property securing the loan, including repossession or unlawful detainer action, or any action to obtain a deficiency judgment against you and enforce same pursuant to applicable law, or (3) any action to obtain or transfer title to the property being foreclosed or to otherwise exercise our legal rights in the property or to dispose of the property pursuant to the terms of the instruments evidencing the loan and any security instrument relating thereto and/or pursuant to applicable law. This means that nothing in this agreement shall limit our right or your right to take any of these actions. The institution and/or maintenance of any action or remedy described in this paragraph shall not constitute a waiver of our right or your right to arbitrate any dispute subject to this Agreement. This Agreement shall not be construed to prevent or limit your use of bankruptcy law nor shall it be construed to limit your right to exercise rights to reinstate under the terms of any mortgage, deed of trust or other security agreement.

Statutes of Limitations: All statutes of limitations that are applicable to any dispute shall apply to any arbitration between you and us.

Severability: If any provisions of this Agreement or the application of any provision of this Agreement to any person, place or circumstance shall be determined to be invalid, unenforceable or void, the remainder of this Agreement, and the remainder of those provisions of this Agreement as applied to other persons, places and circumstances, shall remain in full force and effect.

SPECIAL ACKNOWLEDGMENTS: You understand and acknowledge by signing your name to this Agreement that: (i) a court and/or jury will not hear or decide any dispute governed by this agreement, (ii) the funding for your loan will come in whole or in part from sources outside this state, which will constitute interstate commerce within the meaning of the United States Arbitration Act, 9 U.S.C. ¶1-9, (iii) discovery in an arbitration proceeding can be much more limited than in a court proceeding, (iv) the arbitrator may not give writen reasons for his/her award, (v) rights to appeal an arbitration award are very limited, and (vi) the rights of the parties hereunder may not be exactly mutual in all respects.

20 Howard Street,Lowndesboro,AL 36752

(Property Address)

READ THE PRECEEDING ARBITRATION AGREEMENT CAREFULLY.  IT LIMITS CERTAIN OF
YOUR RIGHTS, INCLUDING YOUR RIGHT TO OBTAIN REDRESS THROUGH COURT ACTION.

_Emmett L. Cottew_ _____ 7/21/00
(Name)                              (Date)

_____
(Name)                              (Date)

_____
(Name)                              (Date)

_____
(Name)                              (Date)


THE PROVIDENT BANK

By: _____

Its: _Vice President_

Date: _11/22/05_


ARBITRATION CLAUSE                                          P.3