# EXHIBIT 2

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNIE MAE KING, as Conservator over the Estates of EARNEST L. COTTRELL and ROSIE J. COTTRELL, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| THE PROVIDENT BANK, FAMILY FINANCIAL AND MORTGAGE SERVICE, LITTON LOAN SERVICING LP, C-BASS LLC, GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., PROVIDENT CONSUMER FINANCIAL SERVICES, and SCOTT THOMPSON, | ) ) ) ) ) ) ) ) ) | Civil Action No. 2:05-CV-961-MEF-SRW |
| Defendants. | ) ) ) | |

## DECLARATION OF JAMES E. PECHINEY

COUNTY OF HAMILTON   )

STATE OF OHIO             )

I, JAMES PECHINEY, declare as follows:

1.      I am over the age of nineteen years and am competent to make the statements set forth herein. I am currently a Vice President of National City Bank, the successor by merger to The Provident Bank and its division, Provident Consumer Financial Services. Prior to the merger between National City Bank and The Provident Bank, I was a Vice President with The Provident Bank in its Provident Consumer Financial Services Division. I have access to and am

1

familiar with Provident's records for the time period relevant to the matters alleged in the Complaint in the above-styled action ("relevant period").

2. During the relevant period, The Provident Bank was an Ohio corporation with its principal place of business located in Cincinnati, Ohio, and Provident Consumer Financial Services was a division of The Provident Bank (together "Provident").

3. On July 1, 2004, National City Corporation, a Delaware corporation with its principal place of business located in Cleveland, Ohio, and parent company of National City Bank, purchased the stock of Provident Financial Group, Inc., the parent company of Provident. Effective March 7, 2004 Provident merged into National City Bank ("National City"). Provident no longer exists, having been merged out of existence.

4. During the relevant period, Provident was a bank that routinely lent money to out-of-state borrowers. Provident made residential mortgage loans to consumers in the 48 contiguous States.

5. On July 21, 2000, Provident provided a loan to Earnest Cottrell that was secured by the house located at 20 Howard Street, Lowndesboro, Alabama, 36752 (the "Cottrell Loan").

6. Cottrell signed the note and other loan documents in Alabama, but the loan was approved by Provident in Atlanta, Georgia and all of Provident's original loan notes, including Cottrell's, were produced in and shipped from Ohio.

7. The loan proceeds were wired from Ohio and then distributed to Paul G. DeLaitsche, Attorney-at-law, in Montgomery, Alabama.

8. The Cottrell Loan was serviced by Provident through its National Servicing Center in Cincinnati, Ohio. All payments were sent from the borrowers in Alabama to Provident in Cincinnati, Ohio and processed and applied by Provident's National Servicing Center.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: November 22, 2005

_____
James E. Pechiney