**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| JOHNNIE MAE KING, as Conservator over the Estates of EARNEST L. COTTRELL and ROSIE J. COTTRELL | * * | |
| Plaintiff, | * | |
| v. | * | |
| THE PROVIDENT BANK, FAMILY FINANCIAL AND MORTGAGE SERVICE, LITTON LOAN SERVICING LP, C-BASS LLC, GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., PROVIDENT CONSUMER FINANCIAL SERVICES, and SCOTT THOMPSON | * * * * | CIVIL ACTION NUMBER: 05-00961 |
| Defendants. | * | |

## OPPOSITION TO PLAINTIFF'S MOTION TO REMAND BY DEFENDANTS LITTON LOAN SERVICING LP AND C-BASS, LLC

COMES NOW, Litton Loan Servicing LP and C-Bass, LLC, two of the Defendants in the above styled cause, and hereby adopt the motion in opposition to Plaintiff's Motion to Remand filed by Defendant National City Bank and reallege same as if fully set forth herein in support of this motion.

Respectfully submitted this the 28th day of November, 2005.

                                                    s/John T. Bender
                                                    John T. Bender (BENDJ9064)

Of Counsel:

McFadden, Lyon & Rouse, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama 36609
251.342.9172
jbender@mlrlawyers.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this the 28th day of November, 2005, served a true and correct copy of the foregoing to counsel of record by placing a copy of same in the United States mail properly addressed, and first class postage prepaid.

**COUNSEL OF RECORD:**

Robert K. Spotswood, Esq.
Spotswood, LLC
940 Concord Center
2100 3rd Avenue, North
Birmingham, Alabama 35203

C. Lance Gould, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103

                                                                                     s/John T. Bender