**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                           TELEPHONE (334) 954-3600

November 29, 2005

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Johnnie Mae King v. The Provident Bank, et al**
**Case Number: 2:05cv961-F**

**Pleading : #25 - Opposition to Plaintiff's Motion to Remand**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 11/28/2005 without an electronic signature on the Certificate of Service.**

**The corrected pdf document is attached to this notice.**