UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | | |
|---|---|---|
| JOHNNIE MAE KING, as Conservator Over the Estates of EARNEST L. COTTRELL and ROSIE J. COTTRELL, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:05-CV-00961-SRW |
| THE PROVIDENT BANK, FAMILY FINANCIAL AND MORTGAGE SERVICE, LITTON LOAN SERVICING LP, C-BASS LLC, GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., PROVIDENT CONSUMER FINANCIAL SERVICES, and SCOTT THOMPSON, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION TO STAY PROCEEDINGS AND COMPEL ARBITRATION BY DEFENDANT GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.**

COMES NOW Defendant Greenwich Capital Financial Products, Inc. ("Greenwich") and hereby files its Motion to Stay Proceedings and Compel Arbitration.

Plaintiffs have asserted claims in their Complaint against Defendants which allegedly arise from a mortgage loan transaction entered into between Plaintiffs and Defendant Provident Bank. During the closing on this loan transaction,

Plaintiff Earnest Cottrell executed an arbitration agreement which requires that "any claim, controversy, disagreement or lawsuit of any nature whatsoever arising out of or in any way related to the loan" must be submitted to binding arbitration. *See* Declaration of James E. Pechiney with Arbitration Agreement (Docket No. 23 and Exhibit "A" thereto.).

Plaintiffs correctly alleged in their Complaint that "[a]fter the loan was taken out with Defendant Provident, Provident sold and assigned all interest in Plaintiff Earnest Cottrell's loan to Defendant Greenwich." (Complaint, ¶ 25.) The Arbitration Agreement between Plaintiffs and Provident Bank expressly provides that "[t]his Agreement shall also apply to any dispute with us or our ... assigns." (Docket No. 23 at Exhibit "A.") As Defendant Greenwich is an assignee to the Arbitration Agreement, the arguments set forth in National City Bank's Motion to Stay Proceedings and Compel Arbitration ("National City Bank's Motion") also apply to Defendant Greenwich. Therefore, in the interests of judicial economy, Defendant Greenwich hereby joins National City Bank's Motion, filed with the Court on November 23, 2005. (Docket No. 23.) Furthermore, Defendant Greenwich hereby adopts and incorporates by reference the background statement, all arguments, and request for relief as set forth therein.

Respectfully submitted this 2nd day of December, 2005.

        WARGO & FRENCH LLP

        s/ Windy A. Hillman
        MICHAEL S. FRENCH
        (Pro hac vice applicant)
        Georgia Bar No. 276680
        WINDY A. HILLMAN (HIL 038)
        Georgia Bar No. 355045

        1170 Peachtree Street, N.E.
        Suite 2020
        Atlanta, Georgia 30309
        (404) 853-1500
        (404) 853-1501 (facsimile)

        Counsel for Defendant
        Greenwich Capital Financial Products, Inc.

## **CERTIFICATE OF SERVICE**

This certifies that I have this day electronically filed the foregoing Motion to Stay Proceedings and Compel Arbitration by Defendant Greenwich Capital Financial Products, Inc. with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jere L. Beasley, Esq.
W. Daniel Miles, III, Esq.
C. Lance Gould, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

Richard D. Lively, Esq.
364 E. Main Street
Prattville, AL 36067

John T. Bender, Esq.
McFadden, Lyon & Rouse, L.L.C.
718 Downtowner Boulevard
Mobile, AL 36609

Robert K. Spotswood
Spotswood LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 352033

This 2nd day of December, 2005.

s/ Windy A. Hillman
WINDY A. HILLMAN (HIL038)

569191_2