UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE MAE KING, as Conservator over the Estate of EARNEST L. COTTRELL and ROSIE J. COTTRELL,  )<br><br>    Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>THE PROVIDENT BANK, FAMILY FINANCIAL AND MORTGAGE SERVICE, LITTON LOAN SERVICING LP, C-BASS LLC, GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., PROVIDENT CONSUMER FINANCIAL SERVICES, and SCOTT THOMPSON,  )<br>  )<br>    Defendants.  ) | Civil Action No. 2:05-CV-0961-W |

### PLAINTIFFS' SUPPLEMENT TO MOTION TO STAY DEFENDANTS' MOTION TO STAY PROCEEDINGS AND COMPEL ARBITRATION

Come now, Plaintiffs and file this supplement to their Motion to Stay Defendants' Motion to Stay Proceedings and Compel Arbitration. On or about November 23, 2005, Defendants filed a Motion to Stay Proceedings and Compel Arbitration. On December 22, 2005, Plaintiffs filed their Motion to Stay any action on Defendants' Motion. In the interest of justice, Plaintiffs' Motion for a Stay on further proceedings pending the outcome of Plaintiffs' Motion to Remand is due to be granted given that the Court would not have subject matter jurisdiction over these matters if Plaintiffs' Motion to Remand is granted.

Plaintiffs have challenged, on solid grounds, the Defendants' removal of this action from the Circuit Court of Montgomery County, Alabama, to this Court, in Plaintiffs' Brief in Support of Remand. In <u>Matthews v. Fleetwood Homes of Georgia</u>, 92 F.Supp. 2d 1285 (S.D. Ala 2000), the court addressed pending motions to compel arbitration while plaintiff's motion to remand was pending. The court stated, "It is clear in this circuit that when the issue of subject matter jurisdiction has been joined in the district court, the court first must determine that it can exercise subject matter jurisdiction before substantively addressing motions to compel arbitration. See <u>Boyd v. Homes of Legend, Inc.</u>, 188 F.3d 1294, 1300 (11th Cir.1999) ("Instead of entertaining motions of the manufacturer and the dealer ... to compel arbitration, and to stay further proceedings pending arbitration, the court should have remanded these cases to Alabama circuit court based on want of subject matter jurisdiction")." <u>Id.</u> at FN 2.

Therefore, in the interest of judicial economy, Plaintiffs ask this Court to issue a stay on any further proceeding concerning Defendants' Motion to Stay Proceedings and Compel Arbitration pending the outcome of the Plaintiffs' Motion to Remand.

Based on the foregoing, Plaintiffs' Motion for a Stay is due to be granted.

  /s/ Charles Lance Gould
C. LANCE GOULD (GOU007)
Attorney for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Attorneys at Law
Post Office Box 4160
Montgomery, AL  36103-4160
(334) 269-2343
(334) 954-7555 (fax)


## CERTIFICATE OF SERVICE

      I hereby certify that on this the 23rd day of December 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


                                                              __/s/ Charles Lance Gould
                                                             OF COUNSEL


John Robert Parker, Jr.
Kenneth Daniel Sansom
Robert Keeling Spotswood
Spotswood LLC
2100 Third Avenue, North
Concord Center, Suite 940
Birmingham, AL 35203
205-986-3620
Fax: 986-3639
Email: ksansom@spotswoodllc.com

Richard Dale Lively
364 East Main Street
Prattville, AL 36067
334-491-4911
Fax: 491-4922
Email: richarddlively@aol.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

John Thomas Bender
McFadden, Lyon & Rouse, LLC
718 Downtowner Boulevard
Mobile, AL 36609
(251) 342-9172
Fax: 251-342-9457
Email: jbender@mlrlawyers.com

Cara Kate Martens
Greenwich Capital Markets Inc
600 Steamboat Rd
Greenwich, CT 06830
203.618.6260
Fax: 203-422-4548

Case 2:05-cv-00961-MEF-SRW    Document 31    Filed 12/23/2005    Page 4 of 4