UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE MAE KING, as Conservator over the Estates of EARNEST L. COTTRELL and ROSIE J. COTTRELL,<br><br>Plaintiff,<br><br>v.<br><br>THE PROVIDENT BANK, FAMILY FINANCIAL AND MORTGAGE SERVICE, LITTON LOAN SERVICING LP, C-BASS LLC, GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., PROVIDENT CONSUMER FINANCIAL SERVICES, and SCOTT THOMPSON,<br><br>Defendants. | Civil Action No. 2:05-CV-961-MEF-SRW |

## JOINT MOTION FOR RELIEF FROM FURTHER OBLIGATIONS UNDER RULE 26 AND TO STAY THE CASE

For the following reasons, the Plaintiff and defendant National City Bank ("National City"), the successor to The Provident Bank and its division, Provident Consumer Financial Services, jointly request that the Court suspend obligations arising from Federal Rule of Civil Procedure 26(f) and Local Rule 26.1(d) to meet, confer, and propose a schedule and, instead, stay this action for a period of forty-five (45) days until Monday, February 13, 2006:

1. On October 6, 2005, National City removed this case from state court.

2. On November 7, 2005, Plaintiff Johnnie Mae King filed a motion to remand this case to state court, which National City and other defendants have opposed.

3. On November 23, 2005, National City filed a motion to stay proceedings and compel arbitration, with which other defendants have concurred. The Plaintiff has moved to stay

1

adjudication of this motion to compel arbitration until her motion to remand has been decided.

4.  The Court has not yet ruled on these pending motions regarding the forum for this action.[1]

5.  Counsel have conferred to discuss the status and scheduling of this matter. In light of the pending motions to remand and to compel arbitration, the Plaintiff and National City believe that it would be premature at this time to attempt to agree on a schedule for the future prosecution of this litigation.

6.  In addition, counsel have entered into preliminary discussions regarding settlement and agree that a forty-five-day (45-day) stay of proceedings, including adjudication of all pending motions, would increase the probability of an amicable resolution of this case.

7.  Accordingly, the Plaintiff and National City jointly request that the Court suspend any further obligations pursuant to Rule 26(f) and Local Rule 26.1(d), stay this action until Monday, February 13, 2006, and postpone consideration of all pending motions until that date.

December 28, 2005

s/ Charles Lance Gould
C. Lance Gould (GOU 007)
One of the Attorneys for the Plaintiff

OF COUNSEL TO THE PLAINTIFF:
Beasley, Allen, Crowe, Methvin, Portis & Miles, P.C.
PO Box 4160
Montgomery, AL 36103-4160
Phone: 334-269-2343
Fax: 334-954-7555
E-mail: lance.gould@beasleyallen.com

---

[1] In addition, defendant Greenwich Capital Financial Products, Inc., has filed a motion to dismiss. The Plaintiff has asked the Court to stay adjudication of that motion as well.

        s/ Robert K. Spotswood
        Robert K. Spotswood (SPO 001)
        One of the Attorneys for National City Bank


        OF COUNSEL TO NATIONAL CITY BANK:
        SPOTSWOOD LLC
        940 Concord Center
        2100 3rd Avenue North
        Birmingham, AL 35203
        Phone: 205-986-3620
        Fax: 205-986-3639
        E-mail: rks@spotswoodllc.com

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNIE MAE KING, as Conservator over the Estates of EARNEST L. COTTRELL and ROSIE J. COTTRELL, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE PROVIDENT BANK, FAMILY FINANCIAL AND MORTGAGE SERVICE, LITTON LOAN SERVICING LP, C-BASS LLC, GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., PROVIDENT CONSUMER FINANCIAL SERVICES, and SCOTT THOMPSON, | ) ) ) ) ) ) ) ) | Civil Action No. 2:05-CV-961-MEF-SRW |
| Defendants. | ) ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2005, I electronically filed the foregoing JOINT MOTION FOR RELIEF FROM FURTHER OBLIGATIONS UNDER RULE 26 AND TO STAY THE CASE, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Jere L. Beasley, Esq.
    W. Daniel Miles, III, Esq.
    C. Lance Gould, Esq.
    BEASLEY, ALLEN, CROW,
        METHVIN, PORTIS & MILES, P.C.
    P.O. Box 4160
    Montgomery, AL  36103

    Richard D. Lively, Esq.
    364 E. Main Street
    Prattville, Alabama  36067

John T. Bender, Esq.
McFadden, Lyon & Rouse, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama 36609

Michael Scott French, Esq.
Windy Angela Hillman, Esq.
Wargo & French LLP
1170 Peachtree St NE
Suite 2020
Atlanta, GA 30309


DATED: December 28, 2005

                                            s/ John R. Parker, Jr.
                                            John R. Parker, Jr. (PAR 123)

                                            SPOTSWOOD LLC.
                                            940 Concord Center
                                            2100 Third Avenue North
                                            Birmingham, AL 35203
                                            Tel.: 205-986-3620
                                            Fax: 205-986-3639
                                            E-Mail: rks@spotswoodllc.com

                                            Attorney for National City Bank