IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE MAE KING, as Conservator over the Estates of Earnest L. Cottrell and Rosie J. Cottrell,<br><br>    Plaintiff,<br><br>v.<br><br>THE PROVIDENT BANK, *et. al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 2:05-cv-961-F<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This cause is before the Court on the Joint Motion for Relief from Further Obligations under Rule 26 and to Stay the Case (Doc. # 32). Upon consideration, it is hereby

ORDERED that the motion is GRANTED. All action in this case is STAYED until February 13, 2006.

DONE this the 6th day of January, 2006.

                                                  /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE