# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 25, 2006

## NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:    King v. The Provident Bank et al
       Civil Action No. 2:05-cv-00961-WKW

The above-styled case has been  reassigned to Judge Mark E. Fuller.

Please note that the case number is now  **2:05-cv-00961-MEF**.

This new case number should be used on all future correspondence and pleadings in this action.