UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE MAE KING, as Conservator over the Estates of EARNEST L. COTTRELL and ROSIE J. COTTRELL, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) |
| THE PROVIDENT BANK, FAMILY FINANCIAL AND MORTGAGE SERVICE, LITTON LOAN SERVICING LP, C-BASS LLC, GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., PROVIDENT CONSUMER FINANCIAL SERVICES, and SCOTT THOMPSON, | )<br>)<br>)  Civil Action No. 2:05-CV-961-MEF-SRW<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## JOINT MOTION
## TO EXTEND STAY OF THE CASE
## AND SUSPENSION OF RULE 26 OBLIGATIONS
## UNTIL FRIDAY, MARCH 17, 2006

For the following reasons, the Plaintiff and defendant National City Bank ("National City"), the successor to The Provident Bank and its division, Provident Consumer Financial Services, jointly request that the Court extend the present stay of the case—and the corresponding suspension of obligations arising from Federal Rule of Civil Procedure 26(f) and Local Rule 26.1(d) (to meet, confer, and propose a schedule)—from Monday, February 13, 2006 to Friday, March 17, 2006:

      1.    On December 28, 2005, the Plaintiff and National City submitted a Joint Motion for Relief from Further Obligations Under Rule 26 and to Stay the Case (hereinafter, the "Stay Motion"), which is found at R.32.

      2.    This Stay Motion recounted the relevant procedural history of the case and

1

requested that the case be stayed—and all obligations under Federal Rule of Civil Procedure 26(f) and Local Rule 26.1(d) be suspended—until Monday February 13, 2006.

3. This Stay Motion was made to permit the parties time to engage in settlement discussions during the pendency of cross motions to remand and to compel arbitration. It was also based on the inefficiency of negotiating a full schedule for adjudication of the case during the pendency of the cross motions and while settlement discussions are underway.

4. On January 6, 2006, this Court granted the Stay Motion. *See* R.33.

5. Since then, settlement discussions have proceeded with diligence. Consistent with the Federal Rule of Evidence 408 and the policies underpinning it, however, all parties desire to keep the contents of these discussions confidential.

6. In the course of these discussions, it has become apparent that additional time is required to gather and analyze all the relevant information. In addition, National City is taking steps to repurchase the loan that is the subject of the suit. This transaction's consummation, which is likely to aid settlement efforts, will require additional time.

7. Accordingly, the Plaintiff and National City jointly request that the Court further suspend any obligations arising under Federal Rule 26(f) and Local Rule 26.1(d) until Friday, March 17, 2006, further stay this action until that date, and further postpone consideration of all pending motions until that date.

8. All parties in the case have consented to these extensions.

January 31, 2006

s/ Charles Lance Gould
C. Lance Gould (GOU 007)
One of the Attorneys for the Plaintiff

s/ Robert K. Spotswood
Robert K. Spotswood (SPO 001)
One of the Attorneys for National City Bank

OF COUNSEL TO THE PLAINTIFF:
Beasley, Allen, Crowe, Methvin, Portis & Miles, P.C.
PO Box 4160
Montgomery, AL 36103-4160
Phone: 334-269-2343
Fax: 334-954-7555
E-mail: lance.gould@beasleyallen.com

OF COUNSEL TO NATIONAL CITY BANK:
SPOTSWOOD LLC
940 Concord Center
2100 3rd Avenue North
Birmingham, AL 35203
Phone: 205-986-3620
Fax: 205-986-3639
E-mail: rks@spotswoodllc.com

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNIE MAE KING, as Conservator over the Estates of EARNEST L. COTTRELL and ROSIE J. COTTRELL,<br><br>Plaintiff,<br><br>v.<br><br>THE PROVIDENT BANK, FAMILY FINANCIAL AND MORTGAGE SERVICE, LITTON LOAN SERVICING LP, C-BASS LLC, GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., PROVIDENT CONSUMER FINANCIAL SERVICES, and SCOTT THOMPSON,<br><br>Defendants. | )))))))))))))))))))) | Civil Action No. 2:05-CV-961-MEF-SRW |

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2006, I electronically filed the foregoing JOINT MOTION FOR RELIEF FROM FURTHER OBLIGATIONS UNDER RULE 26 AND TO STAY THE CASE, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Jere L. Beasley, Esq.
    W. Daniel Miles, III, Esq.
    C. Lance Gould, Esq.
    BEASLEY, ALLEN, CROW,
        METHVIN, PORTIS & MILES, P.C.
    P.O. Box 4160
    Montgomery, AL  36103

    Richard D. Lively, Esq.
    364 E. Main Street
    Prattville, Alabama  36067

John T. Bender, Esq.
McFadden, Lyon & Rouse, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama 36609

Michael Scott French, Esq.
Windy Angela Hillman, Esq.
Wargo & French LLP
1170 Peachtree St NE
Suite 2020
Atlanta, GA 30309


DATED: January 31, 2006

                                                              s/John R. Parker, Jr.
                                                              John R. Parker, Jr. (PAR 123)

                                                              SPOTSWOOD LLC.
                                                              940 Concord Center
                                                              2100 Third Avenue North
                                                              Birmingham, AL  35203
                                                              Tel.: 205-986-3620
                                                              Fax: 205-986-3639
                                                              E-Mail: jrparker@spotswoodllc.com

                                                              Attorney for National City Bank