IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE MAE KING, as Conservator over the Estates of Earnest L. Cottrell and Rosie J. Cottrell,<br><br>    Plaintiff,<br><br>v.<br><br>THE PROVIDENT BANK, *et. al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 2:05-cv-961-F<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

This cause is before the Court on the Joint Motion to Extend Stay of the Case and Suspension of Rule 26 Obligations Until Friday, March 17, 2006 (Doc. # 36). Upon consideration, it is hereby

ORDERED that the motion is GRANTED. All action in this case is STAYED until March 17, 2006.

DONE this the 1st day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE