UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE MAE KING, as Conservator over the Estates of EARNEST L. COTTRELL and ROSIE J. COTTRELL,<br><br>      Plaintiff,<br><br>v.<br><br>THE PROVIDENT BANK, FAMILY FINANCIAL AND MORTGAGE SERVICE, LITTON LOAN SERVICING LP, C-BASS LLC, GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., PROVIDENT CONSUMER FINANCIAL SERVICES, and SCOTT THOMPSON,<br><br>      Defendants. | Civil Action No. 2:05-CV-961-MEF-SRW |

**JOINT MOTION
TO EXTEND STAY OF THE CASE
AND SUSPENSION OF RULE 26 OBLIGATIONS
UNTIL TUESDAY, MARCH 28, 2006**

For the following reasons, the Plaintiff and defendant National City Bank ("National City"), the successor to The Provident Bank and its division, Provident Consumer Financial Services, jointly request that the Court extend the present stay of the case—and the corresponding suspension of obligations arising from Federal Rule of Civil Procedure 26(f) and Local Rule 26.1(d) (to meet, confer, and propose a schedule)—from Friday, March 17, 2006 to Tuesday, March 28, 2006:

    1.    On December 28, 2005, the Plaintiff and National City submitted a Joint Motion for Relief from Further Obligations Under Rule 26 and to Stay the Case (hereinafter, the "Stay Motion"), which is found at R.32.

    2.    This Stay Motion recounted the relevant procedural history of the case and

1

requested that the case be stayed—and all obligations under Federal Rule of Civil Procedure 26(f) and Local Rule 26.1(d) be suspended—until Monday, February 13, 2006.

3. This Stay Motion was made to permit the parties time to engage in settlement discussions during the pendency of cross motions to remand and to compel arbitration. It was also based on the inefficiency of negotiating a full schedule for adjudication of the case during the pendency of the cross motions and while settlement discussions are underway.

4. On January 6, 2006, this Court granted the Stay Motion. *See* R.33.

5. Settlement discussions proceeded with diligence. In late January 2006, however, it became apparent that additional time was required to gather and analyze the relevant information. In addition, National City was taking steps to repurchase the loan that is the subject of the suit. That transaction, which was intended to aid the settlement efforts, required additional time.

6. Thus, on January 31, 2006, the Plaintiff and National City submitted a Joint Motion to Extend Stay of the Case and Suspension of Rule 26 Obligations until Friday, March 17, 2006 (hereinafter the "Motion to Extend Stay"), which is found at R.36.

7. On February 1, 2006, this Court granted the Motion to Extend Stay. *See* R.37.

8. Since then, the Plaintiff and National City have diligently proceeded with settlement discussions. Consistent with the Federal Rule of Evidence 408 and the policies underpinning it, however, all parties desire to keep the contents of these discussions confidential.

9. In the course of these discussions, it has become apparent that additional time is required to continue gathering and analyzing all the relevant information.

10. Accordingly, the Plaintiff and National City jointly request that the Court further suspend any obligations arising under Federal Rule 26(f) and Local Rule 26.1(d) until Tuesday, March 28, 2006, further stay this action until that date, and further postpone consideration of all

pending motions until that date.

DATED: March 20, 2006

          <u>s/ Charles Lance Gould</u>
          C. Lance Gould (GOU 007)
          One of the Attorneys for the Plaintiff

OF COUNSEL TO THE PLAINTIFF:
Beasley, Allen, Crowe, Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103
Phone: 334-269-2343
Fax: 334-954-7555
E-mail: lance.gould@beasleyallen.com


<u>s/ Robert K. Spotswood</u>
Robert K. Spotswood (SPO 001)
One of the Attorneys for National City Bank

OF COUNSEL TO NATIONAL CITY BANK:
SPOTSWOOD LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35203
Phone: 205-986-3620
Fax: 205-986-3639
E-mail: rks@spotswoodllc.com

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE MAE KING, as Conservator over the Estates of EARNEST L. COTTRELL and ROSIE J. COTTRELL,<br><br>      Plaintiff,<br><br>v.<br><br>THE PROVIDENT BANK, FAMILY FINANCIAL AND MORTGAGE SERVICE, LITTON LOAN SERVICING LP, C-BASS LLC, GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., PROVIDENT CONSUMER FINANCIAL SERVICES, and SCOTT THOMPSON,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:05-CV-961-MEF-SRW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2006, I electronically filed the foregoing JOINT MOTION TO EXTEND STAY OF THE CASE AND SUSPENSION OF RULE 26 OBLIGATIONS UNTIL TUESDAY, MARCH 28, 2006, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Jere L. Beasley, Esq.
    W. Daniel Miles, III, Esq.
    C. Lance Gould, Esq.
    BEASLEY, ALLEN, CROW,
        METHVIN, PORTIS & MILES, P.C.
    P.O. Box 4160
    Montgomery, AL  36103

    Richard D. Lively, Esq.
    364 E. Main Street
    Prattville, AL 36067

John T. Bender, Esq.
MCFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Boulevard
Mobile, AL 36609

Michael Scott French, Esq.
Windy Angela Hillman, Esq.
WARGO & FRENCH LLP
1170 Peachtree St. NE
Suite 2020
Atlanta, GA 30309

DATED: March 20, 2006

                                      s/ John R. Parker, Jr.
                                      John R. Parker, Jr. (PAR 123)

                                      SPOTSWOOD LLC.
                                      940 Concord Center
                                      2100 Third Avenue North
                                      Birmingham, AL 35203
                                      Phone: 205-986-3620
                                      Fax: 205-986-3639
                                      E-Mail: rks@spotswoodllc.com

                                      Attorney for National City Bank