IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE MAE KING, as Conservator over the Estates of Earnest L. Cottrell and Rosie J. Cottrell, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 2:05-cv-961-MEF |
| THE PROVIDENT BANK, *et. al.*, ) ) | |
| Defendants. ) | |

## **ORDER**

This cause is before the Court on the Joint Motion to Extend Stay of the Case and Suspension of Rule 26 Obligations Until Tuesday, March 28, 2006 (Doc. # 38). Upon consideration, it is hereby

ORDERED that the motion is GRANTED. All action in this case is STAYED until March 28, 2006. The parties should be aware that this is the last time the Court will be extending the stay in this case to permit additional settlement discussions. If the case is not settled by March 28, 2006, the Court will then proceed with consideration of all pending motions and the parties will be required to fulfill any existing Federal Rule of Civil Procedure 26(f) obligations.

DONE this the 22nd day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE